UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

R. Alexander Acosta, Secretary of Labor,
United States Department of Labor,

                          Petitioner,

        v.

NORTH PROVIDENCE PRIMARY CARE
ASSOCIATES INC., NORTH PROVIDENCE
URGENT CARE, INC., CENTER OF NEW
ENGLAND PRIMARY CARE, INC.,
CENTER OF NEW ENGLAND URGENT
CARE, INC. AND ANTHONY FARINA, JR.

                          Respondents.

Civil Action No. 1:17-mc-0019-M-PAS

<u>Unopposed Motion to Withdraw Petition for Enforcement of Administrative Subpoena</u>

      Now comes the Secretary of Labor, Petitioner, and pursuant to LR Cv 7, moves this court to withdraw his Petition for Enforcement of Administrative Subpoena in the above captioned matter. The Respondents have no opposition to this motion.

      The Secretary filed a Petition for Enforcement of Administrative Subpoena on May 10, 2017 with this court. On August 17, 2017, Attorney Lepizerra, counsel for Respondents, submitted to the Providence Wage and Hour Office an attestation and documentation that no further documents exist that are responsive to the administrative subpoena served on the Respondents in this case. (See Exhibit 1 to this Unopposed Motion).

      Therefore, it appears that the Respondents are currently in compliance with the Petitioner's Administrative Subpoena, which was the subject of the May 10, 2017 petition in this case, and with the assent of the Respondents, the Petitioner moves for the withdrawal of his

Petition in the above captioned case.

                                        Respectfully Submitted:

Post Office Address:

                                        Nicolas C. Geale
                                        Acting Solicitor of Labor

U.S. Department of Labor
Office of the Solicitor                   Michael D. Felsen
JFK Federal Building                    Regional Solicitor
Room E-375
Boston, MA  02203                      /s/Susan G. Salzberg
TEL: (617) 565-2500                   Susan G. Salzberg
FAX: (617) 565-2142                   Senior Trial Attorney
                                        salzberg.susan@dol.gov
                                        MA BBO No. 556437

Date:   August 29, 2017                Attorneys for Petitioner